UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHLEEN DEACON | CIVIL ACTION |
| VERSUS | NO. 19-711 |
| BP EXPLORATION & PRODUCTION, INC. ET AL. | SECTION "J" (2) |

Related to:   12-968 BELO
              in MDL 10-2179

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of defendants, BP Exploration & Production, Inc. and BP America Production Company, and against plaintiff, Kathleen Deacon, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 24th day of April, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE